STATE v. LUCAS

No. 278P00

Case below: 138 N.C.App. 226

Motion by Attorney General for temporary stay allowed 26 June 2000 pending determination of the State's petition for discretionary review. Motion by defendant to expedite determination of the State's petitions for discretionary review and writ of supersedeas allowed 12 July 2000. Petition by Attorney General for writ of supersedeas allowed 12 July 2000. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 12 July 2000. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 12 July 2000.

STATE v. MATTHEWS

No. 149P00

Case below: 136 N.C.App. 849

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 12 July 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 July 2000.

STATE v. McGRAW

No. 251P00

Case below: 137 N.C.App. 726

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 July 2000.

STATE v. McSWAIN

No. 225P00

Case below: 137 N.C.App. 588

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 12 July 2000.